# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAD PHILLIP SCOTT,<br><br>Petitioner,<br><br>v.<br><br>W. L. MONTGOMERY, Warden, et al.,<br><br>Respondents. | Civil No.  16cv1175-WQH (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He has also filed a request to proceed in forma pauperis which reflects a $349.51 balance in his prison trust account. The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a).

It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee no later than **July 18, 2016**, to have the case reopened. **IT IS SO ORDERED.**

DATED: May 18, 2016

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge